# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JENNIFER FARBER**                                                                        **PLAINTIFF**

**V.**                              **No. 3:22-CV-00166-ERE**

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1